# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CONSTANTINE ANGUS,<br><br>    Plaintiff,<br><br>v.<br><br>CWS INVESTMENTS, INC.,<br><br>    Defendant. | Civil Action No.<br>_____ |

## NOTICE OF REMOVAL

COMES NOW CWS Investments, Inc., the Defendant herein, and, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, hereby removes the above-styled civil action from the Superior Court of Gwinnett County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division, based on the following grounds:

1.

Plaintiff Constantine Angus ("Plaintiff") filed this action on January 19, 2024 in the Superior Court of Gwinnett County, Georgia, where it was designated Civil Action No. 24-A-00569-5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendant, including Plaintiff's Verified Complaint, is attached hereto as **Exhibit A**.

2.

Defendant has not been served with process, and the Verified Complaint was filed on January 19, 2024. Plaintiff's counsel emailed a copy to Defendant's counsel on January 19, 2024. Thus, this notice of removal is timely filed within thirty (30) days of Defendant's receipt of Plaintiff's Verified Complaint. *See* 28 U.S.C. § 1446(b).

3.

In his Verified Complaint, Plaintiff asserts a federal cause of action pursuant to the Fair Debt Collection Practices Act ("FDCPA") (15 U.S.C. § 1692 *et seq*.) for alleged unlawful debt collection efforts by Defendant. (Verified Compl. ¶¶ 59-66). This action is therefore a civil action "arising under the Constitution, laws, or treaties of the United States" over which the United States District Court has original jurisdiction. 28 U.S.C. § 1331.

4.

This civil action is removable under 28 U.S.C. § 1441 because the United States District Court has original jurisdiction over this case by reason of federal question jurisdiction pursuant to 28 U.S.C. § 1331.

5.

Furthermore, this Court has supplemental jurisdiction over Plaintiff's state law claims for fraud (Verified Compl. ¶¶ 47-58), wrongful attempt to foreclose (*id.*

¶¶ 67-71), punitive damages (*id.* ¶¶ 72-74), attorney's fees and litigation costs (*id.* ¶¶ 75-76), and equitable and injunctive relief (*id.* ¶¶ 77-100), because they arise out of the same allegations as Plaintiff's federal law claim and form part of the same case or controversy. *See* 28 U.S.C. § 1367(a).

6.

Pursuant to 28 U.S.C. § 90(a)(2), the United States District Court for the Northern District of Georgia, Atlanta Division, is the federal district court having jurisdiction over Gwinnett County, Georgia. Therefore, pursuant to 28 U.S.C. §§ 1441 and 1446(a), Defendant is entitled to remove this action from the Superior Court of Gwinnett County to this Court.

7.

In addition to filing with this Court, Defendant will promptly file this Notice of Removal with the Clerk of the Superior Court of Gwinnett County, and serve the same on Plaintiff's counsel, as required by 28 U.S.C. § 1446(d).

8.

**WHEREFORE**, this Court now has jurisdiction over this action.

[signatures on following page]

Respectfully submitted,

*/s/ Brian S. Goldberg*

Brian S. Goldberg
Georgia Bar No. 128007
Cameron N. Regnery
Georgia Bar No. 333041

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
T: (770) 818-0000
F: (770) 937-9960
Brian.Goldberg@fmglaw.com
Cameron.Regnery@fmglaw.com

*Attorneys for Defendant*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the within and foregoing **NOTICE OF REMOVAL** has been prepared in compliance with Local Rule 5.1(B) in Times New Roman, 14-point font.

This 1st day of February, 2024.

*/s/ Brian S. Goldberg*
Brian S. Goldberg
Georgia Bar No. 128007
Cameron N. Regnery
Georgia Bar No. 333041

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
T: (770) 818-0000
F: (770) 937-9960
Brian.Goldberg@fmglaw.com
Cameron.Regnery@fmglaw.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that I have on this day served a copy of the within and foregoing **NOTICE OF REMOVAL** by depositing a true and correct copy thereof in the United States Mail, with proper postage prepared, addressed to counsel of record as follows:

William R. Carlisle
CARLISLE LAW FIRM
4607 Cardinal Ridge Way
Flowery Branch, GA 30542
(770) 295-0175
wrclaw@gmail.com
*Attorney for Plaintiff*

This 1st day of February, 2024

*/s/ Brian S. Goldberg*
Brian S. Goldberg
Georgia Bar No. 128007
Cameron N. Regnery
Georgia Bar No. 333041

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
T: (770) 818-0000
F: (770) 937-9960
Brian.Goldberg@fmglaw.com
Cameron.Regnery@fmglaw.com

*Attorneys for Defendant*