## IN THE UNITED STATES DISTRICT COURT
## FOR THE NOTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

CONSTANTINE ANGUS,

     Plaintiff,

v.

CWS INVESTMENTS, INC.,

     Defendant.

Civil Action No.
1:24-cv-00478-ELR

### <u>DECLARATION OF BRIAN S. GOLDBERG IN SUPPORT OF DEFENDANT'S MOTION FOR ATTORNEYS' FEES AND COSTS</u>

1.

My name is Brian S. Goldberg. I am currently the lead counsel for Defendant CWS Investments, Inc. ("Defendant") in the above-styled civil action. I have personal knowledge of the facts set forth in this Declaration, based on my experience as Defendant's attorney and my review of the records of Freeman Mathis & Gary, LLP ("FMG").

2.

I am over twenty-one (21) years of age, of sound mind, and fully competent to testify as a witness regarding any of the matters set forth in this Declaration.

3.

I received my Juris Doctor degree from Mercer University School of Law in 2013 and my Bachelor of Arts degree from Georgia State University in 2010. I am licensed to practice law in the State of Georgia and have practiced continuously since my admission to the Georgia State Bar in 2013.

4.

I have extensive experience in commercial and real estate litigation, representing clients in state and federal courts throughout Georgia, including the Northern District of Georgia. My practice focuses on commercial and real estate disputes, such as those brought by Plaintiff Constantine Angus ("Plaintiff") in this matter. Accordingly, I am familiar with the customary rates charged by attorneys in the Atlanta metropolitan area for this type of litigation.

5.

Cameron N. Regnery, an associate attorney at FMG, also represented Defendant in this action. Mr. Regnery received his Juris Doctor degree from the University of Alabama School of Law in 2023 and his Bachelor of Arts degree from the University of Mississippi in 2020. He has been licensed to practice law in Georgia since 2023.

6.

FMG maintains detailed business records of all costs incurred and legal services performed in connection with client representation, including in this matter. These records are created contemporaneously with the events they describe and are maintained in the ordinary course of business.

7.

I have reviewed the time entries in FMG's timekeeping system related to this matter and determined that the entries are accurate and truthful.

8.

The hourly rates for the professionals who worked on this matter are as follows:

| NAME | POSITION | HOURLY RATE |
|------|----------|-------------|
| Brian S. Goldberg | Partner / Lead Counsel | $375.00 ($400.00 after 12/11/24) |
| Cameron N. Regnery | Associate / Counsel | $300.00 ($325.00 after 12/11/24) |

9.

Based on my experience litigating commercial and real estate matters, these hourly rates are reasonable and consistent with the prevailing market rates in the Atlanta metropolitan area for attorneys with comparable qualifications and experience.

10.

As of the date of this Declaration, the above-referenced professionals at FMG spent a combined 136.5 hours performing legal services for this matter, resulting in a total amount of attorneys' fees of $45,450.00 incurred so far.

11.

A breakdown of the total hours expended by each professional is as follows:

| NAME | POSITION | TOTAL HOURS |
|------|----------|-------------|
| Brian S. Goldberg | Partner / Lead Counsel | 49.6 |
| Cameron N. Regnery | Associate / Counsel | 86.9 |

12.

All time expended in this matter was reasonable and necessary to effectively represent Defendant and achieve the results obtained in this action.

13.

Additionally, FMG has incurred $466.24 in costs, which include filing fees, transcript costs, and other litigation expenses necessary for the defense of this action.

14.

Attached hereto as Exhibit "A" is a detailed billing statement reflecting the fees and costs incurred in this matter. This statement is based on information contained in FMG's timekeeping and billing system and is contemporaneous with the events described therein.

15.

I respectfully request that the Court award Defendant $45,450.00 in attorneys' fees and $466.24 in costs, for a total of $45,916.24.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of January, 2025.

<u>/s/ Brian S. Goldberg</u>
BRIAN S. GOLDBERG
Lead Counsel for Defendant

## **Exhibit "A"**

Redacted Invoices



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:

http://www.fmglaw.com

March 13, 2024

| | |
|---|---|
| Client: | 18278 |
| Payer: | 18278 |
| Matter: | 108343 |
| Invoice #: | 9160165819 |
| Resp. Atty: | BSG |
| Page No: | 1 |

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

**Attention:    Larissa Waters**

**RE:**  CWS Investments, Inc. v. Constantine Angus (In re: 2128 Main Street East, Snellville, GA 30078)

**Claim Number:**

For Professional Services Rendered Through February 07, 2024

| | |
|---|---|
| Total Services | $674.00 |
| Total Disbursements | $1,031.24 |
| **Total** | **$1,705.24** |
| **Current Invoice Amount** | **$1,705.24** |
| **Total Outstanding Balance (Including Current Invoice)** | **$1,705.24** |
| **Retainer Balance (less funds applied)** | **$0.00** |

**Remittance Advice**

Payment is due within 10 days of receipt. A finance charge of 1.5% may apply if payment is not received timely.

**Remit Payment To:**
Freeman Mathis & Gary, LLP
PO Box 531023
Atlanta, GA 30353-1023

**Overnight/Express Mail Address:**
Freeman Mathis & Gary, LLP
ATTN: Lockbox #531023
100 Southcrest Drive
Stockbridge, GA 30281

**Pay Invoice by Credit Card:**
Pay Online at www.fmglaw.com/payment
We accept Visa, MasterCard, Discover and American Express.

**ACH/Wire Instructions:**
Available at www.fmglaw.com/ach-wire

**Invoice#**    9160165819

**Please return this remittance page with your payment. Thank you.**

If you have any questions regarding your payment, please contact cashreceipts@fmglaw.com.



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:

http://www.fmglaw.com

March 13, 2024

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

| | |
|---|---|
| Client: | 18278 |
| Payer: | 18278 |
| Matter: | 108343 |
| Invoice #: | 9160165819 |
| Resp. Atty: | BSG |
| Page No: | 2 |

**Attention:    Larissa Waters**

**RE:**  CWS Investments, Inc. v. Constantine Angus (In re: 2128 Main Street East, Snellville, GA 30078)

**Claim Number:**

For Professional Services Rendered Through February 07, 2024

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/02/2023 | BSG | Review Constantine Angus matter. Perform SCRA Check, PACER Check, Review Title Exam, Review Chain of Title, Review Payoff, Review Reinstatement, and prepare Fair Debt Letter and Notice of Default. ███ | 2.00 | | |
| 10/02/2023 | BSG | Prepare email to ███ concerning status and next steps. ███ | 0.10 | | |
| 11/14/2023 | BSG | Review status of matter. Prepare email to client. Review incoming email and letter from opposing counsel. Telephone call with opposing counsel. | 0.50 | | |
| 11/14/2023 | CNR | Analyze claims and legal arguments asserted in (1) October 2, 2023 debt collection letter sent on behalf of CWS Investments, Inc., and in (2) November 14, 2023 response letter sent on behalf of Constantine Angus. | 0.50 | | |
| 11/15/2023 | CNR | Analyze Regulation Z in the Code of Federal Regulations, 12 C.F.R. Part 1026, ███ | 1.00 | | |
| 11/16/2023 | BSG | Review incoming email from client with responses to opposing counsel letter. | 0.20 | | |
| 11/16/2023 | CNR | Draft research memorandum ███ | 2.90 | | |
| 11/16/2023 | CNR | Analyze Georgia statutes and case law ███ | 1.20 | | |

Typographical error for rate and amount. Refer to rate of $375/hr for Brian Goldberg and $300/hr for Cameron Regnery.



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:

http://www.fmglaw.com

March 13, 2024

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

| | |
|---|---|
| Client: | 18278 |
| Payer: | 18278 |
| Matter: | 108343 |
| Invoice #: | 9160165819 |
| Resp. Atty: | BSG |
| Page No: | 3 |

**Attention:    Larissa Waters**

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 11/16/2023 | CNR | Analyze federal case law, p█████████████ ███████████████████████ | 2.00 | Typographical error for rate and amount. Refer to rate of $375/hr for Brian Goldberg and $300/hr for Cameron Regnery. |
| 11/17/2023 | BSG | Conference call with client █████████████ | 0.50 | |
| 11/17/2023 | BSG | Review opposing counsel letter and analyze issues for conference call. | 0.80 | |
| 11/22/2023 | CNR | Begin drafting loan modification letter to be sent to opposing counsel, presenting CWS Investments, Inc.'s legal position and the potential options for loan modification. | 1.10 | |
| 11/24/2023 | CNR | Draft loan modification letter to be sent to opposing counsel, presenting CWS's legal position and the potential options for loan modification. | 1.50 | |
| 12/04/2023 | BSG | Review and supplement letter to opposing counsel with proposed resolution. | 2.00 | |
| 12/21/2023 | BSG | Review and respond to email from client. | 0.20 | |
| 01/04/2024 | BSG | Prepare notice of foreclosure and publication. | 2.30 | |
| 01/19/2024 | CNR | Analyze best strategy for █████████████ ███████████████. | 0.20 | |
| 01/22/2024 | BSG | Telephone call with client concerning ██████ ███████ | 1.00 | |
| 01/22/2024 | CNR | Conference call via Teams █████████████ ██████████████████████ | 0.90 | |
| 01/22/2024 | CNR | Analyze numbered paragraphs of plaintiff's Verified Complaint ██████████ ████████████ | 1.30 | |



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:

http://www.fmglaw.com

March 13, 2024

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

**Attention:    Larissa Waters**

| | | |
|---|---:|---:|
| Client: | | 18278 |
| Payer: | | 18278 |
| Matter: | | 108343 |
| Invoice #: | | 9160165819 |
| Resp. Atty: | | BSG |
| Page No: | 4 | |

| | | | | |
|---|---|---|---|---|
| 01/22/2024 | CNR | Analyze provisions of Fair Debt Collections Practice Act cited in plaintiff's Verified Complaint ███████████ ██████████████████. | 0.50 | |
| 01/22/2024 | CNR | Analyze statutory provisions of the Georgia Code cited in plaintiff's Verified Complaint ███████ ████████████████████████. | 0.50 | *Typographical error for rate and amount. Refer to rate of $375/hr for Brian Goldberg and $300/hr for Cameron Regnery.* |
| 01/22/2024 | CNR | Analyze four sections of Title 28 of the United States Code ████████████████████████████████. | 0.60 | |
| 01/23/2024 | BSG | Review and respond to email from client re: bid amount. | 0.30 | |
| 01/23/2024 | CNR | Draft Notice of Removal to be filed within thirty days of service of the Complaint, removing the case from Georgia state court to the U.S. District Court for the Northern District of Georgia, based on federal question and supplemental jurisdiction under Title 28 of the United States Code. | 1.30 | |
| 01/31/2024 | BSG | Review, analyze, and supplement removal to federal court. | 0.50 | |
| 02/01/2024 | BSG | Continue to review, analyze, and supplement removal documents and begin to prepare motion to dissolve injunction. | 3.00 | |
| 02/01/2024 | CNR | Supplement Notice of Removal by attaching and incorporating the necessary pleadings and filings filed in the Superior Court of Gwinnett County in order to notify the federal court of the existence of the temporary restraining order, and file the same to initiate the case in the Northern District of Georgia. | 0.70 | |
| 02/01/2024 | CNR | Prepare and file Notice of Removal to Federal Court to notify the Superior Court of Gwinnett County and opposing counsel of the removal of the case to federal court, compiling and attaching the necessary exhibits thereto, including the Notice of Removal filed in the U.S. District Court for the Northern District of Georgia. | 0.90 | |



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:

http://www.fmglaw.com

March 13, 2024

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

| | |
|---|---|
| Client: | 18278 |
| Payer: | 18278 |
| Matter: | 108343 |
| Invoice #: | 9160165819 |
| Resp. Atty: | BSG |
| Page No: | 5 |

**Attention:    Larissa Waters**

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 02/01/2024 | CNR | Analyze five (5) documents including an affidavit of plaintiff's counsel, plaintiff's original and renewed applications for temporary restraining orders, and the Superior Court of Gwinnett County's orders denying the original application, but granting the renewed application for temporary restraining order, ▮ | 1.60 | Typographical error for rate and amount. Refer to rate of $375/hr for Brian Goldberg and $300/hr for Cameron Regnery. |
| 02/02/2024 | BSG | Review, analyze, and supplement motion to dissolve TRO. | 1.60 | |
| 02/02/2024 | CNR | Prepare Procedural History section (pages 6 through 8) of Emergency Motion to Dissolve Temporary Restraining Order, ▮ | 1.80 | |
| 02/02/2024 | CNR | Prepare second sub-part of Argument and Citation to Authority section (pages 17 through 19) of Emergency Motion to Dissolve Temporary Restraining Order, ▮ | 1.60 | |
| 02/02/2024 | CNR | Prepare first sub-part of Argument and Citation to Authority section (pages 8 through 17) of Emergency Motion to Dissolve Temporary Restraining Order, ▮ | 2.90 | |



**FMG LAW** | Freeman Mathis & Gary LLP

Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:

http://www.fmglaw.com

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

**Attention:    Larissa Waters**

March 13, 2024
Client:                      18278
Payer:                      18278
Matter:                   108343
Invoice #:        9160165819
Resp. Atty:               BSG
Page No:      6

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 02/02/2024 | CNR | Prepare Factual Background section (pages 1 through 6) of Emergency Motion to Dissolve Temporary Restraining Order, ███████ | 2.70 | Typographical error for rate and amount. Refer to rate of $375/hr for Brian Goldberg and $300/hr for Cameron Regnery. |
| 02/04/2024 | CNR | Analyze Plaintiff's response brief in opposition to CWS Investments, Inc.'s Emergency Motion to Dissolve TRO, ████████ | 0.40 | |
| 02/05/2024 | BSG | Review and analyze multiple emails b/w court re: emergency hearing. | 0.40 | |
| 02/05/2024 | BSG | Telephone call with opposing counsel re: hearing tomorrow and discussed issues, ███ | 1.00 | |
| 02/05/2024 | BSG | Prepare for emergency TRO hearing scheduled for 2/6/2024. Prepare foreclosure script, and memorandum of sale in preparation of foreclosure sale. | 3.70 | |
| 02/05/2024 | CNR | Prepare written hearing outline ████████ | 0.60 | |
| 02/05/2024 | CNR | Conference via telephone with partner Brian Goldberg and opposing counsel William Carlisle, conferring and discussing the foreclosure sale scheduled for 2/6/24, the plaintiff's potential bankruptcy filing in the Northern District of Texas, and counsel's availability for an emergency hearing on 2/6/24, as required by the 2/5/24 notification from S. Gracie Studdard, law clerk for Judge Eleanor Ross, calling for a conference between counsel. | 0.90 | |



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:

http://www.fmglaw.com

March 13, 2024

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

| | |
|---|---|
| Client: | 18278 |
| Payer: | 18278 |
| Matter: | 108343 |
| Invoice #: | 9160165819 |
| Resp. Atty: | BSG |
| Page No: | 7 |

**Attention:    Larissa Waters**

| | | | | |
|---|---|---|---|---|
| 02/05/2024 | CNR | Analyze electronic notification from S. Gracie Studdard, law clerk for Judge Eleanor Ross, discussing available dates to schedule a hearing on the emergency motion to dissolve TRO, and send electronic correspondence to opposing counsel William Carlisle inquiring as to his availability for a hearing on 2/6/24. | 0.20 | |
| 02/06/2024 | BSG | Attend court hearing to dissolve TRO (includes travel time to and from court). | 4.50 | Typographical error for rate and amount. Refer to rate of $375/hr for Brian Goldberg and $300/hr for Cameron Regnery. |
| 02/06/2024 | CNR | Attend emergency motion hearing before Judge Eleanor Ross of the Northern District of Georgia to move in support of Defendant's motion to dissolve TRO and in opposition to Plaintiff's motion for contempt, ███████ | 1.50 | |
| 02/06/2024 | CNR | Analyze Plaintiffs' motion for contempt filed at roughly 5:30am on the morning of 2/6/24 to determine the basis upon which Plaintiff seeks the imposition of sanctions upon Defendant's counsel and the relevant legal authorities cited in support of that proposition. | 0.40 | |
| 02/06/2024 | CNR | Electronic correspondence with ███████ | 0.40 | |
| 02/12/2024 | BSG | Conference call with Cameron Regnery re: status of case and strategy moving forward ███████ | 0.50 | |
| 02/12/2024 | BSG | Review and analyze email b/w opposing counsel re: status of N.D. TX case and request for waiver of service. | 0.20 | |



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:

http://www.fmglaw.com

March 13, 2024

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

**Attention:    Larissa Waters**

| | | | | |
|---|---|---|---|---|
| Client: | | | | 18278 |
| Payer: | | | | 18278 |
| Matter: | | | | 108343 |
| Invoice #: | | | | 9160165819 |
| Resp. Atty: | | | | BSG |
| Page No: | | | | 8 |

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 02/12/2024 | CNR | Analyze docket report and related filings in Constantine Angus's chapter 13 bankruptcy proceeding before the Northern District of Texas and evaluate provisions of the U.S. Code ███████ | 0.90 | *Typographical error for rate and amount. Refer to rate of $375/hr for Brian Goldberg and $300/hr for Cameron Regnery.* |
| 02/12/2024 | CNR | Electronic correspondence with opposing counsel William Carlisle, inquiring as to the procedural posture of his client Constantine Angus's bankruptcy case before the Northern District of Texas, as well as to whether he would be amenable to the filing of a waiver of service of process in the case pending before the Northern District of Georgia. | 0.20 | |
| 02/13/2024 | BSG | Review and analyze emails b/w Cameron Regnery and William Carlisle re: wavier of service of process. | 0.20 | |
| 02/13/2024 | BSG | Telephone call with Cameron Regnery re: filing of a motion to dismiss and answer in the federal case and status of bankruptcy case. | 1.10 | |
| 02/13/2024 | BSG | Review communications that included service of process from client re: case. | 0.10 | |
| 02/13/2024 | CNR | Prepare waiver of service of summons to extend the deadline for CWS Investments, Inc. to respond to the Complaint from twenty-one (21) days to sixty (60) days following electronic correspondence with opposing counsel William Carlisle discussing the waiver. | 0.20 | |
| 02/13/2024 | CNR | Electronic correspondence with opposing counsel William Carlisle, inquiring as to the procedural posture of Constantine Angus's bankruptcy case in the Northern District of Texas and discussing the waiving of service of process in the matter before the Northern District of Georgia. | 0.20 | |



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID: ████

http://www.fmglaw.com

March 13, 2024

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

| | |
|---|---|
| Client: | 18278 |
| Payer: | 18278 |
| Matter: | 108343 |
| Invoice #: | 9160165819 |
| Resp. Atty: | BSG |
| Page No: | 9 |

**Attention:    Larissa Waters**

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 02/13/2024 | CNR | Analyze statutory time-frames for responding to plaintiff Constantine Angus's complaint following removal to federal court ████ | 1.00 | Typographical error for rate and amount. Refer to rate of $375/hr for Brian Goldberg and $300/hr for Cameron Regnery. |
| 02/16/2024 | BSG | Telephone call ████ | 0.50 | |
| 02/16/2024 | CNR | Electronic correspondence and correspondence via telephone with opposing counsel William Carlisle, discussing general time-frames for filing a waiver of service of process and the new allegations contained in plaintiff's amended complaint. | 0.40 | |
| 02/19/2024 | CNR | Analyze email received from William Carlisle detailing the new allegations asserted in his amended complaint ████ ████ and file waiver of service of process to ensure a sixty (60) day period for CWS Investments, Inc. to respond to the amended complaint. | 0.60 | |
| 02/22/2024 | BSG | Review and analyze multiple emails from opposing counsel ████ | 0.20 | |
| 02/22/2024 | BSG | Conference call with ████ | 0.80 | |
| 02/22/2024 | BSG | Telephone call ████ | 0.20 | |
| 02/22/2024 | CNR | Conference via telephone with ████ | 0.80 | |
| 02/22/2024 | CNR | Electronic correspondence ████ | 0.20 | |



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID: ████████

http://www.fmglaw.com

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

**Attention:    Larissa Waters**

March 13, 2024
Client:                    18278
Payer:                    18278
Matter:                  108343
Invoice #:          9160165819
Resp. Atty:                 BSG
Page No:    10



| 02/22/2024 | CNR | Electronic correspondence with opposing counsel William Carlisle, responding to ████████ | 0.20 | |
| 02/27/2024 | BSG | Telephone call with Cameron re: ████████ | 0.50 | Typographical error for rate and amount. Refer to rate of $375/hr for Brian Goldberg and $300/hr for Cameron Regnery. |
| 02/27/2024 | BSG | Review and supplement notice of sale under power ████ | 0.40 | |
| 02/27/2024 | CNR | Electronic correspondence with ████████ | 0.30 | |
| 02/27/2024 | CNR | Electronic correspondence to opposing counsel William Carlisle, providing him wit ████████ | 0.20 | |
| 02/27/2024 | CNR | Analyze the U.S. Supreme Court's decision in Granny Goose Foods, Inc., 415 U.S. 423 (1974), ████████ | 0.40 | |
| 02/29/2024 | CNR | Electronic correspondence to opposing counsel William Carlisle, informing him of ████████ | 0.20 | |



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:

http://www.fmglaw.com

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076
**Attention:    Larissa Waters**

March 13, 2024
Client:                   18278
Payer:                   18278
Matter:                 108343
Invoice #:        9160165819
Resp. Atty:               BSG
Page No:    11

| Date | | | | | |
|---|---|---|---|---|---|
| 02/29/2024 | CNR | Electronic correspondence with ███ | 0.20 | ███████ |

Total Hours :                           67.40

Total Professional Services

**Total Professional Services Due**       ███████

## PERSON RECAP

| Person | Name | Level | Hours |
|---|---|---|---|
| BSG | Brian Goldberg | Partner | 29.30 |
| CNR | Cameron Regnery | Associate | 38.10 |

Typographical error for rate and amount. Refer to rate of $375/hr for Brian Goldberg and $300/hr for Cameron Regnery.

## DISBURSEMENT

| Date | Description | Amount |
|---|---|---|
| 01/31/2024 | "Marietta Rome News, CWS Investments, Inc. v. Constantine Angus Filing" | $565.00 |
| 02/23/2024 | Inv. 14212861 18278-108343 Notice of Removal of Fedal Court 02/02/24. | $19.55 |
| 02/23/2024 | Inv. 2995D24E 18278-108343 Affidavit - Filing Form - Summons 02/02/24. | $41.69 |
| 02/23/2024 | Inv. AGANDC-13197466 18278-108343 filing in new case for district court CWS Investments 02/02/24. | $405.00 |
| | **Total** | **$1,031.24** |



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:

http://www.fmglaw.com

April 12, 2024

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

| | |
|---|---|
| Client: | 18278 |
| Payer: | 18278 |
| Matter: | 108343 |
| Invoice #: | 9160171681 |
| Resp. Atty: | BSG |
| Page No: | 1 |

**Attention:**    **Larissa Waters**

**RE:**  CWS Investments, Inc. v. Constantine Angus (In re: 2128 Main Street East, Snellville, GA 30078)

**Claim Number:**

For Professional Services Rendered Through April 02, 2024

| | |
|---|---|
| Total Services | $9,097.50 |
| **Total** | **$9,097.50** |
| **Current Invoice Amount** | **$9,097.50** |
| **Total Outstanding Balance (Including Current Invoice)** | **$9,097.50** |
| **Retainer Balance (less funds applied)** | **$0.00** |

**Remittance Advice**

Payment is due within 10 days of receipt. A finance charge of 1.5% may apply if payment is not received timely.

**Remit Payment To:**
Freeman Mathis & Gary, LLP
PO Box 531023
Atlanta, GA 30353-1023

**Overnight/Express Mail Address:**
Freeman Mathis & Gary, LLP
ATTN: Lockbox #531023
100 Southcrest Drive
Stockbridge, GA 30281

**Pay Invoice by Credit Card:**
Pay Online at www.fmglaw.com/payment
We accept Visa, MasterCard, Discover and American Express.

**ACH/Wire Instructions:**
Available at www.fmglaw.com/ach-wire

**Invoice#**        9160171681

**Please return this remittance page with your payment. Thank you.**

If you have any questions regarding your payment, please contact cashreceipts@fmglaw.com.



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:

http://www.fmglaw.com

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

**Attention:    Larissa Waters**

|  |  |
|---|---|
| April 12, 2024 | |
| Client: | 18278 |
| Payer: | 18278 |
| Matter: | 108343 |
| Invoice #: | 9160171681 |
| Resp. Atty: | BSG |
| Page No: | 2 |

**RE:**  CWS Investments, Inc. v. Constantine Angus (In re: 2128 Main Street East, Snellville, GA 30078)

**Claim Number:**

For Professional Services Rendered Through April 02, 2024

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/05/2024 | BSG | Telephone conference with Cameron Regnery discussing amended complaint and strategy for motion to dismiss. | 0.30 | $375.00 | $112.50 |
| 03/05/2024 | CNR | Electronic correspondence with ████████ | 0.20 | $300.00 | $60.00 |
| 03/05/2024 | CNR | Analyze 11th Circuit case law ████████ | 0.30 | $300.00 | $90.00 |
| 03/05/2024 | CNR | Analyze Federal Rule of Civil Procedure 15 and 11th Circuit case law analyzing the same, ████████ | 0.40 | $300.00 | $120.00 |
| 03/05/2024 | CNR | Draft Introduction and Defenses section (pages 1 through 4) of Defendant's Answer to Plaintiff's Verified Complaint, ████████ | 1.60 | $300.00 | $480.00 |
| 03/06/2024 | CNR | Draft responses to numbered paragraphs 1 through 17 (pages 4 through 7) of Defendant's Answer to Plaintiff's Verified Complaint, admitting, denying, or otherwise responding to each allegation presented | 2.20 | $300.00 | $660.00 |



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:

http://www.fmglaw.com

April 12, 2024

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

| | |
|---|---|
| Client: | 18278 |
| Payer: | 18278 |
| Matter: | 108343 |
| Invoice #: | 9160171681 |
| Resp. Atty: | BSG |
| Page No: | 3 |

**Attention:    Larissa Waters**

| | | | | | |
|---|---|---|---|---|---|
| 03/06/2024 | CNR | Draft responses to numbered paragraphs 18 through 32 (pages 7 through 10) of Defendant's Answer to Plaintiff's Verified Complaint, admitting, denying, or otherwise responding to each allegation presented | 1.80 | $300.00 | $540.00 |
| 03/07/2024 | CNR | Analyze docket report for U.S. Bankruptcy Court for the Northern District of Texas to determine the procedural posture of Mr. Angus's chapter 13 bankruptcy proceeding, ███████████████████████████████████ | 0.20 | $300.00 | $60.00 |
| 03/07/2024 | CNR | Draft responses to numbered paragraphs 33 through 58 (pages 10 through 14) of Defendant's Answer to Plaintiff's Verified Complaint, admitting, denying, or otherwise responding to each allegation presented | 2.30 | $300.00 | $690.00 |
| 03/07/2024 | CNR | Draft responses to numbered paragraphs 59 through 78 (pages 15 through 17) of Defendant's Answer to Plaintiff's Verified Complaint, admitting, denying, or otherwise responding to each allegation presented | 2.10 | $300.00 | $630.00 |
| 03/08/2024 | CNR | Prepare written Introduction section (pages 1 through 2) of Defendant's motion to dismiss for failure to state a claim, ████████████████████████████████ | 1.20 | $300.00 | $360.00 |
| 03/08/2024 | CNR | Draft Factual Background and Procedural History sections (pages 2 through 6) of Defendant's brief in support of motion to dismiss, ████████████████████████████████████████████████ | 2.40 | $300.00 | $720.00 |
| 03/08/2024 | CNR | Draft responses to numbered paragraphs 79 through 100 (pages 18 through 22) of Defendant's Answer to Plaintiff's Verified Complaint, admitting, denying, or otherwise responding to each allegation presented | 2.40 | $300.00 | $720.00 |



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:

http://www.fmglaw.com

April 12, 2024

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

| Client: | 18278 |
| Payer: | 18278 |
| Matter: | 108343 |
| Invoice #: | 9160171681 |
| Resp. Atty: | BSG |

**Attention:    Larissa Waters**

Page No:   4

| Date | Code | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/10/2024 | CNR | Analyze United States Supreme Court, 11th Circuit, and Northern District of Georgia case law | 0.70 | $300.00 | $210.00 |
| 03/10/2024 | CNR | Analyze statutory provisions of the United States Code as well as 11th Circuit case law interpreting those provisions, | 0.60 | $300.00 | $180.00 |
| 03/10/2024 | CNR | Analyze Georgia Supreme Court, 11th Circuit, and Northern District of Georgia case law | 0.50 | $300.00 | $150.00 |
| 03/10/2024 | CNR | Analyze Georgia Court of Appeals case law | 0.50 | $300.00 | $150.00 |
| 03/10/2024 | CNR | Analyze Georgia statutory code, as well as Georgia Supreme Court and Northern District of Georgia case law | 0.80 | $300.00 | $240.00 |
| 03/11/2024 | CNR | Prepare written subsection II(A) of Argument and Citation to Authority section (pages 8 through 12) of Defendant's brief in support of motion to dismiss for failure to state a claim, | 2.00 | $300.00 | $600.00 |



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:

http://www.fmglaw.com

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

**Attention:   Larissa Waters**

April 12, 2024
Client:                    18278
Payer:                    18278
Matter:                  108343
Invoice #:        9160171681
Resp. Atty:                BSG
Page No:    5

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/11/2024 | CNR | Prepare written subsection I of Argument and Citation to Authority section (pages 6 through 8) of Defendant's brief in support of motion to dismiss for failure to state a claim, ██████████████ | 1.00 | $300.00 | $300.00 |
| 03/12/2024 | CNR | Prepare written subsection II(B) of Argument and Citation to Authority section (pages 12 through 16) of Defendant's brief in support of motion to dismiss for failure to state a claim, ██████████████ | 1.70 | $300.00 | $510.00 |
| 03/12/2024 | CNR | Prepare written subsection II(C) of Argument and Citation to Authority section (pages 16 through 18) of Defendant's brief in support of motion to dismiss for failure to state a claim, ██████████████ | 1.50 | $300.00 | $450.00 |
| 03/12/2024 | CNR | Prepare written motion to stay all discovery and memorandum of law in support (4 pages), ██████████████ | 2.00 | $300.00 | $600.00 |
| 03/13/2024 | CNR | Electronic correspondence with ██████████████ | 0.20 | $300.00 | $60.00 |
| 03/20/2024 | BSG | Review and analyze incoming emails ██████████████ | 0.20 | $375.00 | $75.00 |
| 03/20/2024 | CNR | Prepare written Verification for a representative of CWS Investments, Inc. ██████████████ | 0.40 | $300.00 | $120.00 |



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:

http://www.fmglaw.com

April 12, 2024

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

| | |
|---|---|
| Client: | 18278 |
| Payer: | 18278 |
| Matter: | 108343 |
| Invoice #: | 9160171681 |
| Resp. Atty: | BSG |
| Page No: | 6 |

**Attention:   Larissa Waters**

| | | | | | |
|---|---|---|---|---|---|
| 03/20/2024 | CNR | Electronic correspondence with █████ | 0.20 | $300.00 | $60.00 |
| 03/21/2024 | CNR | Electronic correspondence with █████ | 0.20 | $300.00 | $60.00 |
| 03/27/2024 | CNR | Electronic correspondence with █████ | 0.30 | $300.00 | $90.00 |

| | |
|---|---|
| Total Hours : | 30.20 |
| Total Professional Services | $9,097.50 |
| **Total Professional Services Due** | **$9,097.50** |

**PERSON RECAP**

| Person | Name | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BSG | Brian Goldberg | Partner | 0.50 | $375.00 | $187.50 |
| CNR | Cameron Regnery | Associate | 29.70 | $300.00 | $8,910.00 |



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID: ███████1

http://www.fmglaw.com

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

**Attention:    Larissa Waters**

April 12, 2024
Client:                    18278
Payer:                    18278
Matter:                  108343
Invoice #:          9160171681
Resp. Atty:                 BSG
Page No:    7

**RE:**  CWS Investments, Inc. v. Constantine Angus (In re: 2128 Main Street East, Snellville, GA 30078)
**Claim Number:**

For Professional Services Rendered Through April 02, 2024

---

| | |
|---|---:|
| Total Services | $9,097.50 |
| **Total** | **$9,097.50** |
| **Current Invoice Amount** | **$9,097.50** |
| **Total Outstanding Balance (Including Current Invoice)** | **$9,097.50** |
| **Retainer Balance (less funds applied)** | **$0.00** |



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:

http://www.fmglaw.com

May 10, 2024

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

| | |
|---|---|
| Client: | 18278 |
| Payer: | 18278 |
| Matter: | 108343 |
| Invoice #: | 9160176262 |
| Resp. Atty: | BSG |
| Page No: | 1 |

**Attention:    Larissa Waters**

**RE:**  CWS Investments, Inc. v. Constantine Angus (In re: 2128 Main Street East, Snellville, GA 30078)

**Claim Number:**

For Professional Services Rendered Through April 30, 2024

| | |
|---|---|
| Total Services | $10,785.00 |
| **Total** | **$10,785.00** |
| **Current Invoice Amount** | **$10,785.00** |
| **Total Outstanding Balance (Including Current Invoice)** | **$10,785.00** |
| **Retainer Balance (less funds applied)** | **$0.00** |

**Remittance Advice**

Payment is due within 10 days of receipt. A finance charge of 1.5% may apply if payment is not received timely.

**Remit Payment To:**
Freeman Mathis & Gary, LLP
PO Box 531023
Atlanta, GA 30353-1023

**Overnight/Express Mail Address:**
Freeman Mathis & Gary, LLP
ATTN: Lockbox #531023
100 Southcrest Drive
Stockbridge, GA 30281

**Pay Invoice by Credit Card:**
Pay Online at www.fmglaw.com/payment
We accept Visa, MasterCard, Discover and American Express.

**ACH/Wire Instructions:**
Available at www.fmglaw.com/ach-wire

**Invoice#**        9160176262

**Please return this remittance page with your payment. Thank you.**

If you have any questions regarding your payment, please contact cashreceipts@fmglaw.com.



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:

http://www.fmglaw.com

May 10, 2024

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

| | |
|---|---|
| Client: | 18278 |
| Payer: | 18278 |
| Matter: | 108343 |
| Invoice #: | 9160176262 |
| Resp. Atty: | BSG |
| Page No: | 2 |

**Attention:    Larissa Waters**

**RE:**  CWS Investments, Inc. v. Constantine Angus (In re: 2128 Main Street East, Snellville, GA 30078)

**Claim Number:**

For Professional Services Rendered Through April 30, 2024

### SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/05/2024 | BSG | Review and supplement answer and affirmative defenses; Review loan documents, and exhibits from complaint, and complaint allegations and modify the complaint to better respond to each of the plaintiffs allegations in the complaint. | 5.90 | $375.00 | $2,212.50 |
| 04/08/2024 | BSG | Continue to revi89ew | 5.10 | $375.00 | $1,912.50 |
| 04/08/2024 | BSG | Review and Supplement Motion to Stay Discovery and Brief in Support. | 0.20 | $375.00 | $75.00 |
| 04/09/2024 | CNR | Electronic correspondence with ███████ | 0.20 | $300.00 | $60.00 |
| 04/16/2024 | BSG | Review and respond to email from ███████ | 0.10 | $375.00 | $37.50 |
| 04/23/2024 | CNR | Electronic correspondence with ███████ | 0.20 | $300.00 | $60.00 |
| 04/25/2024 | CNR | Analyze numbered paragraphs 6 through 85 (pages 2 through 22) of Plaintiff's First Amended Complaint | 1.00 | $300.00 | $300.00 |
| 04/26/2024 | CNR | Correspondence via Microsoft Teams ███████ | 0.50 | $300.00 | $150.00 |



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:

http://www.fmglaw.com

May 10, 2024

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

| | | |
|---|---|---|
| Client: | | 18278 |
| Payer: | | 18278 |
| Matter: | | 108343 |
| Invoice #: | | 9160176262 |
| Resp. Atty: | | BSG |

**Attention:    Larissa Waters**

Page No:   3

| 04/28/2024 | CNR | Draft Renewed Motion to Stay All Discovery and Memorandum in Support (4 pages), ██████████████ | 1.00 | $300.00 | $300.00 |
|---|---|---|---|---|---|
| 04/28/2024 | CNR | Draft Introduction and Defenses section (pages 1-4) of CWS's Answer to Plaintiff's First Amended Complaint, ████████████ | 1.20 | $300.00 | $360.00 |
| 04/28/2024 | CNR | Draft pages 4-14 of CWS Investment's Answer to Plaintiff's First Amended Complaint, responding to numbered paragraphs 1-34 of Plaintiff's First Amended Complaint concerning the parties, jurisdiction, and factual background outlined by Plaintiff | 2.80 | $300.00 | $840.00 |
| 04/29/2024 | CNR | Draft pages 15-28 of CWS Investment's Answer to Plaintiff's First Amended Complaint, responding to numbered paragraphs 35-85 of Plaintiff's First Amended Complaint concerning the factual background outlined by Plaintiff | 3.50 | $300.00 | $1,050.00 |
| 04/29/2024 | CNR | Draft pages 1-9 of CWS Investment's Motion to Dismiss Plaintiff's First Amended Complaint and Memorandum in Support, s████████████ | 2.20 | $300.00 | $660.00 |
| 04/29/2024 | CNR | Draft pages 28-39 of CWS Investment's Answer to Plaintiff's First Amended Complaint, responding to numbered paragraphs 84-134 of Plaintiff's First Amended Complaint concerning the specific causes of action and remedies asserted by Plaintiff | 3.30 | $300.00 | $990.00 |
| 04/30/2024 | BSG | Review and supplement to motion to dismiss amended complaint. | 2.50 | $375.00 | $937.50 |



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:

http://www.fmglaw.com

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

**Attention:    Larissa Waters**

May 10, 2024
Client:                      18278
Payer:                     18278
Matter:                   108343
Invoice #:          9160176262
Resp. Atty:                   BSG
Page No:    4

| 04/30/2024 | CNR | Draft pages 10-24 of CWS Investment's Motion to Dismiss Plaintiff's First Amended Complaint and Memorandum in Support, ██████ | 2.80 | $300.00 | $840.00 |

|  |  |  | Total Hours : | 32.50 |
|  |  | Total Professional Services | | $10,785.00 |
|  |  | **Total Professional Services Due** | | **$10,785.00** |

**PERSON RECAP**

| Person | Name | Level | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| BSG | Brian Goldberg | Partner | 13.80 | $375.00 | $5,175.00 |
| CNR | Cameron Regnery | Associate | 18.70 | $300.00 | $5,610.00 |



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID: 58-2288491

http://www.fmglaw.com

May 10, 2024

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

| | |
|---|---|
| Client: | 18278 |
| Payer: | 18278 |
| Matter: | 108343 |
| Invoice #: | 9160176262 |
| Resp. Atty: | BSG |
| Page No: | 5 |

**Attention:    Larissa Waters**

**RE:** CWS Investments, Inc. v. Constantine Angus (In re: 2128 Main Street East, Snellville, GA 30078)

**Claim Number:**

For Professional Services Rendered Through April 30, 2024

---

| | |
|---|---|
| Total Services | $10,785.00 |
| **Total** | **$10,785.00** |
| **Current Invoice Amount** | **$10,785.00** |
| **Total Outstanding Balance (Including Current Invoice)** | **$10,785.00** |
| **Retainer Balance (less funds applied)** | **$0.00** |



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:

http://www.fmglaw.com

June 20, 2024

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

| | |
|---|---|
| Client: | 18278 |
| Payer: | 18278 |
| Matter: | 108343 |
| Invoice #: | 9160183386 |
| Resp. Atty: | BSG |
| Page No: | 1 |

**Attention:    Larissa Waters**

**RE:**  CWS Investments, Inc. v. Constantine Angus (In re: 2128 Main Street East, Snellville, GA 30078)

**Claim Number:**

For Professional Services Rendered Through May 31, 2024

| | |
|---|---|
| Total Services | $682.50 |
| **Total** | **$682.50** |
| **Current Invoice Amount** | **$682.50** |
| **Total Outstanding Balance (Including Current Invoice)** | **$682.50** |
| **Retainer Balance (less funds applied)** | **$0.00** |

**Remittance Advice**

Payment is due within 10 days of receipt. A finance charge of 1.5% may apply if payment is not received timely.

**Remit Payment To:**
Freeman Mathis & Gary, LLP
PO Box 531023
Atlanta, GA 30353-1023

**Overnight/Express Mail Address:**
Freeman Mathis & Gary, LLP
ATTN: Lockbox #531023
100 Southcrest Drive
Stockbridge, GA 30281

**Pay Invoice by Credit Card:**
Pay Online at www.fmglaw.com/payment
We accept Visa, MasterCard, Discover and American Express.

**ACH/Wire Instructions:**
Available at www.fmglaw.com/ach-wire

**Invoice#**    9160183386

**Please return this remittance page with your payment. Thank you.**

If you have any questions regarding your payment, please contact cashreceipts@fmglaw.com.



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:

http://www.fmglaw.com

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

**Attention:     Larissa Waters**

| | |
|---|---|
| June 20, 2024 | |
| Client: | 18278 |
| Payer: | 18278 |
| Matter: | 108343 |
| Invoice #: | 9160183386 |
| Resp. Atty: | BSG |
| Page No:   2 | |

**RE:**  CWS Investments, Inc. v. Constantine Angus (In re: 2128 Main Street East, Snellville, GA 30078)

**Claim Number:**

For Professional Services Rendered Through May 31, 2024

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/14/2024 | CNR | Electronic correspondence with ▮▮▮▮ | 0.20 | $300.00 | $60.00 |
| 05/15/2024 | CNR | Analyze docket report on Pacer.gov to confirm that Plaintiff did not respond to CWS's motion to dismiss, and provide confirmation of the same to ▮▮▮ | 0.20 | $300.00 | $60.00 |
| 05/16/2024 | BSG | Review docket entries re: certificate of interested parties and submission to judge. | 0.30 | $375.00 | $112.50 |
| 05/16/2024 | BSG | Review and respond to email ▮▮▮ | 0.20 | $375.00 | $75.00 |
| 05/21/2024 | BSG | Review CIP and Corporate Disclosure Statement | 0.20 | $375.00 | $75.00 |
| 05/21/2024 | CNR | Draft 3-page Certificate of Interested Persons and Corporate Disclosure Statement for CWS Investments, Inc., as mandated by the rules of procedure and May 16, 2024 Court Order, providing the required information regarding CWS Investment Inc.'s corporate parents, affiliates, etc. | 0.80 | $300.00 | $240.00 |
| 05/22/2024 | CNR | Electronic correspondence with ▮▮▮▮ | 0.20 | $300.00 | $60.00 |

| | | |
|---|---|---|
| Total Hours : | | 2.10 |
| Total Professional Services | | $682.50 |
| **Total Professional Services Due** | | **$682.50** |

## PERSON RECAP

| Person | Name | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:

http://www.fmglaw.com

June 20, 2024

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076
**Attention:    Larissa Waters**

| | |
|---|---|
| Client: | 18278 |
| Payer: | 18278 |
| Matter: | 108343 |
| Invoice #: | 9160183386 |
| Resp. Atty: | BSG |
| Page No: | 3 |

| Person | Name | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BSG | Brian Goldberg | Partner | 0.70 | $375.00 | $262.50 |
| CNR | Cameron Regnery | Associate | 1.40 | $300.00 | $420.00 |



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID: ███████

http://www.fmglaw.com

June 20, 2024

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

| Client: | 18278 |
| Payer: | 18278 |
| Matter: | 108343 |
| Invoice #: | 9160183386 |
| Resp. Atty: | BSG |
| Page No: | 4 |

**Attention:    Larissa Waters**

**RE:**  CWS Investments, Inc. v. Constantine Angus (In re: 2128 Main Street East, Snellville, GA 30078)

**Claim Number:**

For Professional Services Rendered Through May 31, 2024

---

| | |
|---|---|
| Total Services | $682.50 |
| **Total** | **$682.50** |
| **Current Invoice Amount** | **$682.50** |
| **Total Outstanding Balance (Including Current Invoice)** | **$682.50** |
| **Retainer Balance (less funds applied)** | **$0.00** |



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:

http://www.fmglaw.com

August 26, 2024

| | |
|---|---|
| Client: | 18278 |
| Payer: | 18278 |
| Matter: | 108343 |
| Invoice #: | 9160194452 |
| Resp. Atty: | BSG |
| Page No: | 1 |

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

**Attention:    Larissa Waters**

**RE:**  CWS Investments, Inc. v. Constantine Angus (In re: 2128 Main Street East, Snellville, GA 30078)

**Claim Number:**

For Professional Services Rendered Through July 31, 2024

---

| | |
|---|---|
| Total Services | $150.00 |
| **Total** | **$150.00** |
| **Current Invoice Amount** | **$150.00** |
| **Total Outstanding Balance (Including Current Invoice)** | **$150.00** |
| **Retainer Balance (less funds applied)** | **$0.00** |

**Remittance Advice**

---

Payment is due within 10 days of receipt. A finance charge of 1.5% may apply if payment is not received timely.

**Remit Payment To:**
Freeman Mathis & Gary, LLP
PO Box 531023
Atlanta, GA 30353-1023

**Overnight/Express Mail Address:**
Freeman Mathis & Gary, LLP
ATTN: Lockbox #531023
100 Southcrest Drive
Stockbridge, GA 30281

**Pay Invoice by Credit Card:**
Pay Online at www.fmglaw.com/payment
We accept Visa, MasterCard, Discover and American Express.

**ACH/Wire Instructions:**
Available at www.fmglaw.com/ach-wire

**Invoice#**      9160194452

**Please return this remittance page with your payment. Thank you.**

If you have any questions regarding your payment, please contact cashreceipts@fmglaw.com.



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:

http://www.fmglaw.com

August 26, 2024

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

| | |
|---|---|
| Client: | 18278 |
| Payer: | 18278 |
| Matter: | 108343 |
| Invoice #: | 9160194452 |
| Resp. Atty: | BSG |
| Page No: | 2 |

**Attention:    Larissa Waters**

**RE:  CWS Investments, Inc. v. Constantine Angus (In re: 2128 Main Street East, Snellville, GA 30078)**

**Claim Number:**

For Professional Services Rendered Through July 31, 2024

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/22/2024 | BSG | Telephone call with Cameron Regnery re: ███████ ████████████████████. | 0.40 | $375.00 | $150.00 |

| | | |
|---|---|---|
| Total Hours : | | 0.40 |
| Total Professional Services | | $150.00 |
| **Total Professional Services Due** | | **$150.00** |

## PERSON RECAP

| Person | Name | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BSG | Brian Goldberg | Partner | 0.40 | $375.00 | $150.00 |



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:

http://www.fmglaw.com

August 26, 2024

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

| | |
|---|---|
| Client: | 18278 |
| Payer: | 18278 |
| Matter: | 108343 |
| Invoice #: | 9160194452 |
| Resp. Atty: | BSG |
| Page No: | 3 |

**Attention:    Larissa Waters**

**RE:** CWS Investments, Inc. v. Constantine Angus (In re: 2128 Main Street East, Snellville, GA 30078)

**Claim Number:**

For Professional Services Rendered Through July 31, 2024

---

| | |
|---|---|
| Total Services | $150.00 |
| **Total** | **$150.00** |
| **Current Invoice Amount** | **$150.00** |
| **Total Outstanding Balance (Including Current Invoice)** | **$150.00** |
| **Retainer Balance (less funds applied)** | **$0.00** |



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:

http://www.fmglaw.com

September 18, 2024

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

**Attention:**   **Larissa Waters**

| | |
|---|---|
| Client: | 18278 |
| Payer: | 18278 |
| Matter: | 108343 |
| Invoice #: | 9160200218 |
| Resp. Atty: | BSG |
| Page No: | 1 |

**RE:**  CWS Investments, Inc. v. Constantine Angus (In re: 2128 Main Street East, Snellville, GA 30078)

**Claim Number:**

For Professional Services Rendered Through August 31, 2024

| | |
|---|---|
| Total Services | $4,125.00 |
| Total Disbursements | $436.35 |
| **Total** | **$4,561.35** |
| **Current Invoice Amount** | **$4,561.35** |
| **Total Outstanding Balance (Including Current Invoice)** | **$4,561.35** |
| **Retainer Balance (less funds applied)** | **$0.00** |

**Remittance Advice**

Payment is due within 10 days of receipt. A finance charge of 1.5% may apply if payment is not received timely.

**Remit Payment To:**
Freeman Mathis & Gary, LLP
PO Box 531023
Atlanta, GA 30353-1023

**Overnight/Express Mail Address:**
Freeman Mathis & Gary, LLP
ATTN: Lockbox #531023
100 Southcrest Drive
Stockbridge, GA 30281

**Pay Invoice by Credit Card:**
Pay Online at www.fmglaw.com/payment
We accept Visa, MasterCard, Discover and American Express.

**ACH/Wire Instructions:**
Available at www.fmglaw.com/ach-wire

**Invoice#**     9160200218

**Please return this remittance page with your payment. Thank you.**

If you have any questions regarding your payment, please contact cashreceipts@fmglaw.com.



http://www.fmglaw.com

Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

| | |
|---|---|
| September 18, 2024 | |
| Client: | 18278 |
| Payer: | 18278 |
| Matter: | 108343 |
| Invoice #: | 9160200218 |
| Resp. Atty: | BSG |
| Page No: | 2 |

**Attention:    Larissa Waters**

**RE:**   CWS Investments, Inc. v. Constantine Angus (In re: 2128 Main Street East, Snellville, GA 30078)
**Claim Number:**

For Professional Services Rendered Through August 31, 2024

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/07/2024 | CNR | | 0.20 | $300.00 | $60.00 |
| 08/07/2024 | CNR | | 0.50 | $300.00 | $150.00 |
| 08/14/2024 | BSG | | 1.00 | $375.00 | $375.00 |
| 08/14/2024 | CNR | | 0.50 | $300.00 | $150.00 |
| 08/16/2024 | BSG | | 0.20 | $375.00 | $75.00 |
| 08/16/2024 | CNR | | 1.00 | $300.00 | $300.00 |
| 08/16/2024 | CNR | | 1.80 | $300.00 | $540.00 |





Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID: ███████

http://www.fmglaw.com

September 18, 2024

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

| Client: | 18278 |
| Payer: | 18278 |
| Matter: | 108343 |
| Invoice #: | 9160200218 |
| Resp. Atty: | BSG |
| Page No: | 3 |

**Attention:    Larissa Waters**



| 08/16/2024 | CNR | | 1.70 | $300.00 | $510.00 |
| 08/18/2024 | CNR | | 1.80 | $300.00 | $540.00 |
| 08/19/2024 | BSG | | 1.00 | $375.00 | $375.00 |
| 08/19/2024 | CNR | | 2.80 | $300.00 | $840.00 |
| 08/20/2024 | CNR | | 0.20 | $300.00 | $60.00 |
| 08/21/2024 | CNR | | 0.20 | $300.00 | $60.00 |
| 08/23/2024 | CNR | | 0.10 | $300.00 | $30.00 |



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:

http://www.fmglaw.com

September 18, 2024

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

| | |
|---|---|
| Client: | 18278 |
| Payer: | 18278 |
| Matter: | 108343 |
| Invoice #: | 9160200218 |
| Resp. Atty: | BSG |
| Page No: | 4 |

**Attention:    Larissa Waters**

| Date | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/23/2024 | CNR | ███████████ | 0.20 | $300.00 | $60.00 |

| | |
|---|---|
| Total Hours : | 13.20 |
| Total Professional Services | $4,125.00 |
| **Total Professional Services Due** | **$4,125.00** |

**PERSON RECAP**

| Person | Name | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BSG | Brian Goldberg | Partner | 2.20 | $375.00 | $825.00 |
| CNR | Cameron Regnery | Associate | 11.00 | $300.00 | $3,300.00 |

**DISBURSEMENT**

| Date | Description | Amount |
|---|---|---|
| 08/31/2024 | Inv. E-U3UNHVAA 18278-108343 Cobb Superior eFiling 08/21/24 | $31.35 |
| 08/31/2024 | Inv. AGANDC-13656015 18278-108343 Federal Filing 08/18/24 | $405.00 |
| | **Total** | **$436.35** |



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:

http://www.fmglaw.com

September 18, 2024

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

| | |
|---|---|
| Client: | 18278 |
| Payer: | 18278 |
| Matter: | 108343 |
| Invoice #: | 9160200218 |
| Resp. Atty: | BSG |
| Page No:   5 | |

**Attention:    Larissa Waters**

**RE:** CWS Investments, Inc. v. Constantine Angus (In re: 2128 Main Street East, Snellville, GA 30078)

**Claim Number:**

For Professional Services Rendered Through August 31, 2024

---

| | |
|---|---|
| Total Services | $4,125.00 |
| Total Disbursements | $436.35 |
| **Total** | **$4,561.35** |
| **Current Invoice Amount** | **$4,561.35** |
| **Total Outstanding Balance (Including Current Invoice)** | **$4,561.35** |
| **Retainer Balance (less funds applied)** | **$0.00** |



http://www.fmglaw.com

Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:

October 13, 2024

| | |
|---|---|
| Client: | 18278 |
| Payer: | 18278 |
| Matter: | 108343 |
| Invoice #: | 9160204819 |
| Resp. Atty: | BSG |
| Page No:   1 | |

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

**Attention:     Larissa Waters**

**RE:**  CWS Investments, Inc. v. Constantine Angus (In re: 2128 Main Street East, Snellville, GA 30078)

**Claim Number:**

For Professional Services Rendered Through September 30, 2024

| | |
|---|---|
| Total Services | $487.50 |
| **Total** | **$487.50** |
| **Current Invoice Amount** | **$487.50** |
| **Total Outstanding Balance (Including Current Invoice)** | **$487.50** |
| **Retainer Balance (less funds applied)** | **$0.00** |

**Remittance Advice**

Payment is due within 10 days of receipt. A finance charge of 1.5% may apply if payment is not received timely.

**Remit Payment To:**
Freeman Mathis & Gary, LLP
PO Box 531023
Atlanta, GA 30353-1023

**Overnight/Express Mail Address:**
Freeman Mathis & Gary, LLP
ATTN: Lockbox #531023
100 Southcrest Drive
Stockbridge, GA 30281

**Pay Invoice by Credit Card:**
Pay Online at www.fmglaw.com/payment
We accept Visa, MasterCard, Discover and American Express.

**ACH/Wire Instructions:**
Available at www.fmglaw.com/ach-wire

**Invoice#**       9160204819

**Please return this remittance page with your payment. Thank you.**

If you have any questions regarding your payment, please contact cashreceipts@fmglaw.com.



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:

http://www.fmglaw.com

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

October 13, 2024
Client:                        18278
Payer:                        18278
Matter:                     108343
Invoice #:        9160204819
Resp. Atty:                 BSG
Page No:     2

**Attention:    Larissa Waters**

**RE:**  CWS Investments, Inc. v. Constantine Angus (In re: 2128 Main Street East, Snellville, GA 30078)

**Claim Number:**

For Professional Services Rendered Through September 30, 2024

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 09/03/2024 | CNR | ███████████████████████ | 0.30 | $300.00 | $90.00 |
| 09/03/2024 | CNR | ███████████████████████ | 0.10 | $300.00 | $30.00 |
| 09/04/2024 | BSG | ██████████████████m | 0.10 | $375.00 | $37.50 |
| 09/04/2024 | BSG | ███████████████ | 0.20 | $375.00 | $75.00 |
| 09/04/2024 | CNR | ███████████████ | 0.10 | $300.00 | $30.00 |
| 09/04/2024 | CNR | ███████████████████████ | 0.20 | $300.00 | $60.00 |
| 09/10/2024 | BSG | Review order in Angus v. Madison matter re: stay of proceedings. | 0.20 | $375.00 | $75.00 |
| 09/10/2024 | CNR | Electronic correspondence ████████████████ | 0.20 | $300.00 | $60.00 |
| 09/10/2024 | CNR | Analysis and evaluation of Magistrate Judge's Order granting Defendants' motion to stay all proceedings to determine the effect of such ruling on the procedural posture of the case | 0.10 | $300.00 | $30.00 |

Total Hours :                1.50



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:

http://www.fmglaw.com

October 13, 2024

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

**Attention:    Larissa Waters**

| | |
|---|---|
| Client: | 18278 |
| Payer: | 18278 |
| Matter: | 108343 |
| Invoice #: | 9160204819 |
| Resp. Atty: | BSG |
| Page No: | 3 |

---

|  | Total Professional Services | $487.50 |
|---|---|---|
|  | **Total Professional Services Due** | **$487.50** |

**PERSON RECAP**

| Person | Name | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BSG | Brian Goldberg | Partner | 0.50 | $375.00 | $187.50 |
| CNR | Cameron Regnery | Associate | 1.00 | $300.00 | $300.00 |



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:

http://www.fmglaw.com

October 13, 2024

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

| | |
|---|---|
| Client: | 18278 |
| Payer: | 18278 |
| Matter: | 108343 |
| Invoice #: | 9160204819 |
| Resp. Atty: | BSG |
| Page No: | 4 |

**Attention:    Larissa Waters**

**RE:**  CWS Investments, Inc. v. Constantine Angus (In re: 2128 Main Street East, Snellville, GA 30078)

**Claim Number:**

For Professional Services Rendered Through September 30, 2024

---

| | |
|---|---|
| Total Services | $487.50 |
| **Total** | **$487.50** |
| **Current Invoice Amount** | **$487.50** |
| **Total Outstanding Balance (Including Current Invoice)** | **$487.50** |
| **Retainer Balance (less funds applied)** | **$0.00** |



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA 30339-5948
(770) 818-0000
Federal Tax ID:

http://www.fmglaw.com

December 11, 2024

| | |
|---|---|
| Client: | 18278 |
| Payer: | 18278 |
| Matter: | 108343 |
| Invoice #: | 9160216516 |
| Resp. Atty: | BSG |
| Page No: | 1 |

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA 30076
**Attention: Larissa Waters**

**RE:** CWS Investments, Inc. v. Constantine Angus (In re: 2128 Main Street East, Snellville, GA 30078)

**Claim Number:**

For Professional Services Rendered Through November 30, 2024

| | |
|---|---|
| Total Services | $112.50 |
| **Total** | **$112.50** |
| **Current Invoice Amount** | **$112.50** |
| **Total Outstanding Balance (Including Current Invoice)** | **$112.50** |
| **Retainer Balance (less funds applied)** | **$0.00** |

**Remittance Advice**

Payment is due within 10 days of receipt. A finance charge of 1.5% may apply if payment is not received timely.

**Remit Payment To:**
Freeman Mathis & Gary, LLP
PO Box 531023
Atlanta, GA 30353-1023

**Overnight/Express Mail Address:**
Freeman Mathis & Gary, LLP
ATTN: Lockbox #531023
100 Southcrest Drive
Stockbridge, GA 30281

**Pay Invoice by Credit Card:**
Pay Online at www.fmglaw.com/payment
We accept Visa, MasterCard, Discover and American Express.

**ACH/Wire Instructions:**
Available at www.fmglaw.com/ach-wire

**Invoice#** 9160216516

**Please return this remittance page with your payment. Thank you.**

If you have any questions regarding your payment, please contact cashreceipts@fmglaw.com.



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:

http://www.fmglaw.com

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

**Attention:    Larissa Waters**

December 11, 2024
Client:                    18278
Payer:                    18278
Matter:                  108343
Invoice #:            9160216516
Resp. Atty:                  BSG
Page No:    2

**RE:**  CWS Investments, Inc. v. Constantine Angus (In re: 2128 Main Street East, Snellville, GA 30078)
**Claim Number:**

For Professional Services Rendered Through November 30, 2024

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 11/01/2024 | CNR | Electronic correspondence ████████ ████████████████ | 0.10 | $325.00 | $32.50 |
| 11/04/2024 | BSG | Review and analyze incoming emails from ████ | 0.10 | $400.00 | $40.00 |
| 11/04/2024 | BSG | Telephone call with Cameron Regnery re: ████ ████ upon entry of order. | 0.10 | $400.00 | $40.00 |

|  |  |
|--|--|
| Total Hours : | 0.30 |
| Total Professional Services | $112.50 |
| **Total Professional Services Due** | **$112.50** |

## PERSON RECAP

| Person | Name | Level | Hours | Rate | Amount |
|--------|------|-------|-------|------|--------|
| BSG | Brian Goldberg | Partner | 0.20 | $400.00 | $80.00 |
| CNR | Cameron Regnery | Associate | 0.10 | $325.00 | $32.50 |



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID: ██████████

http://www.fmglaw.com

December 11, 2024

CWS Investments, Inc
300 Colonial Center Parkway
Suite 100N
Roswell GA  30076

**Attention:     Larissa Waters**

| | |
|---|---|
| Client: | 18278 |
| Payer: | 18278 |
| Matter: | 108343 |
| Invoice #: | 9160216516 |
| Resp. Atty: | BSG |
| Page No: | 3 |

**RE:**  CWS Investments, Inc. v. Constantine Angus (In re: 2128 Main Street East, Snellville, GA 30078)

**Claim Number:**

For Professional Services Rendered Through November 30, 2024

---

| | |
|---|---|
| Total Services | $112.50 |
| **Total** | **$112.50** |
| **Current Invoice Amount** | **$112.50** |
| **Total Outstanding Balance (Including Current Invoice)** | **$112.50** |
| **Retainer Balance (less funds applied)** | **$0.00** |

## Unbilled "Work in Progress"

| Timekeeper Name | Hours | Narrative | Fee Value |
|---|---|---|---|
| Cameron Regnery | 0.800 | Analysis and evaluation of Magistrate Judge's Report and Recommendation regarding CWS's motion to dismiss to determine the findings of the Court, | 260.00 |
| Cameron Regnery | 0.700 | Analysis and evaluation ████ Magistrate Judge's Final Report and Recommendation, ████ | 227.50 |
| Cameron Regnery | 0.200 | Electronic correspondence with ████ and ████, discussing strategy for ████ Magistrate Judge's Final Report and Recommendation | 65.00 |
| Brian Goldberg | 0.700 | Review order and begin to determine next steps and strategy as to ████ the magistrate court's report and recommendation. | 280.00 |
| Brian Goldberg | 0.200 | Review multiple emails with client re: report and recommendation. | 80.00 |
| Brian Goldberg | 0.300 | Conference call with client concerning magistrate judge report and recommendation and next steps. | 120.00 |
| Cameron Regnery | 1.000 | Analysis and evaluation of 11th Circuit case law to determine the standard of review applied to objections to magistrate judges' reports and recommendations | 325.00 |
| Cameron Regnery | 3.700 | Write legal argument section of objection to magistrate judge's report (wrote 8 pages), demonstrating the grounds for exercising supplemental jurisdiction over plaintiff's state law claims and showing the Court that plaintiff has failed to state actionable claims for fraud or wrongful attempt to foreclose | 1202.50 |

| Name | Hours | Description | Amount |
|---|---|---|---|
| Cameron Regnery | 3.200 | Write introduction and factual background sections of objection to magistrate judge's report (wrote 5 pages), detailing relevant facts related to the challenged state law claims and describing plaintiff's prior procedural issues in this case | 1040.00 |
| Cameron Regnery | 1.800 | Analysis and evaluation of 11th Circuit case law and district court opinions to determine the grounds upon which courts have exercised supplemental jurisdiction over state law claims following dismissal of federal law claims | 585.00 |
| Brian Goldberg | 2.500 | Review, edit, and supplement objection to magistrate court judge's report. | 1000.00 |
| Brian Goldberg | 0.200 | Telephone call with client re: status and next steps. | 80.00 |
| Cameron Regnery | 0.600 | Analysis and evaluation of court's order adopting magistrate judge's report and recommendation in full, determining the grounds upon which the court granted the report, | 195.00 |
| Brian Goldberg | 0.400 | Review district judge's order adopting the magistrate judge's final report and recommendation. Develop strategy and determine next steps in terms of | 160.00 |
| Cameron Regnery | 0.200 | Electronic correspondence with ▮ discussing the procedural status of both cases following the court's adoption in full of the magistrate judge's report and recommendation | 65.00 |
| Cameron Regnery | 1.200 | Analysis and evaluation of Eleventh Circuit case law to determine requirements for | 390.00 |
| Cameron Regnery | 1.700 | Analysis and evaluation of Eleventh Circuit case law to determine | 552.50 |

| Name | Hours | Description | Amount |
|---|---|---|---|
| Cameron Regnery | 3.200 | Begin writing factual and procedural background section (wrote 7 pages) of brief in support of motion for attorneys' fees and costs, highlighting the relevant factual occurrences and bad faith conduct by plaintiff in filing initial complaint and obtaining temporary restraining order | 1040.00 |
| Cameron Regnery | 0.500 | Supplement brief in support of motion for attorneys' fees and costs (wrote 1 additional page), incorporating material from affidavit to demonstrate that the amount of fees incurred was reasonable and necessary | 162.50 |
| Cameron Regnery | 1.200 | Write affidavit in support of motion for attorneys' fees and costs (wrote 4 pages), demonstrating that the fees incurred by CWS Investments were reasonable and necessary | 390.00 |
| Cameron Regnery | 2.800 | Write argument section (wrote 5 pages) of brief in support of motion for attorneys' fees and costs, demonstrating that CWS Investments is entitled to all reasonable attorneys' fees incurred under the applicable statutes, and as a result of plaintiff and plaintiff's counsel's bad faith conduct | 910.00 |
| Cameron Regnery | 1.600 | Write argument section (wrote 3 pages) of brief in support of motion for attorneys' fees and costs, demonstrating that CWS Investments is entitled to all reasonable attorneys' fees incurred under the contractual provisions of the security deed | 520.00 |
| Cameron Regnery | 2.400 | Continue writing factual and procedural background section (wrote 5 pages) of brief in support of motion for attorneys' fees and costs, highlighting the procedural history of the case to show the court that plaintiff filed his amended complaint, motion for contempt, and bankruptcy petition all in bad faith to expand proceedings | 780.00 |
| Cameron Regnery | 0.100 | Analysis and evaluation of final judgment entered by Clerk of Court, effectuating the terms of the Court's January 2, 2024 final order | 32.50 |